IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**REGENA M. BRIDGES**,

        Plaintiff,

     v.

**CAROLYN W. COLVIN,**
**acting Commissioner of the**
**Social Security Administration**,

        Defendant.

No. 3:11-cv-06046-AC

OPINION AND ORDER

**MOSMAN, J.**,

     Judge Acosta recommended [24] that the Commissioner's decision to deny benefits to Plaintiff Regena M. Bridges be reversed and remanded for award of benefits. I adopted [28] Judge Acosta's F&R. On October 3, 2013, Judge Acosta recommended [41] that Ms. Bridges be awarded attorney fees in the amount of $6,437.62 under the Equal Access to Justice Act ("EAJA"). I adopted [43] this F&R as well. Now, Judge Acosta recommends [44] that Ms. Bridges's counsel be awarded $12,657 from Ms. Bridges's past-due benefits under 42 U.S.C. § 406(b), subject to reduction by the amount of her EAJA award and any administrative assessment by the Commissioner. Neither party has objected.

1 – OPINION AND ORDER

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. I am not bound by the recommendations of the magistrate judge; instead, I retain responsibility for making the final determination. I am required to review de novo those portions of the report or any specified findings or recommendations within it to which an objection is made. 28 U.S.C. § 636(b)(1). However, I am not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether objections have been filed, in either case I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1).

Upon review, I agree with Judge Acosta's recommendation, and I ADOPT the F&R [44] as my own opinion.

IT IS SO ORDERED.

DATED this   6th   day of November, 2013.

/s/ Michael W. Mosman  
MICHAEL W. MOSMAN  
United States District Judge